F I L E D

FEB – 7 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Plaintiff  *Lowell Q. Green #005186??*

SA23CA0210 JKP

v.                                  Case No._____

Defendant  *Judge Robert L. Pitman, et al.*

_____

*Please See Complaint*
*Attached*

1) The United States Congress Passes a Law the Court [Shall] follow the law as written law _____ and Stop making the law. This is a very simple case but its ignorance on the bench and bar is making this very complex. Moreover the Fifth Circuit is not the World Court.

2) Fifth Circuit is the problem. (18-5004) 5th Cir) 6:16-cv-290-RP v, United States on Carlson v,

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**

PHILIP J. DEVLIN
CLERK OF COURT

262 W. Nueva, Suite I - 400
San Antonio, Texas 78207

ANNETTE FRENCH
CHIEF DEPUTY

January 27, 2023

Lowell Q. Green
#00518622
Connally Unit
899 FM 632
Kenedy, TX 78119

RE: Case #5:23-cv-00106-JKP

Dear Mr. Green:

Your Petition for Writ of Habeas Corpus was filed in our office on 1/23/2023 and assigned the above case number. Please reference this case number on all future documents submitted for filing in the above case number. Please be advised you must keep the court informed of your current address throughout the pendency of your case. Failure to do so may result in dismissal of your case for want of prosecution.

Sincerely,

By _____
Deputy Clerk

Green. 446 U.S. 14-22 (1980) When Federal Official violate United States Constitution the can be sued for "Treason", usurpation, trespassing on the case, trespassing on the person, assault and battery, false imprisonment.

3.) Lowell DeQuincy Green (2916 Dist. Court of Dallas County Texas (3753 Bernal Dallas Texas 75212 Oct. 1980

Page 1. See other side,

Aggravated Robbery B/M DOB: 05/13/1965. Disposition on Federal
Bureau of Investigation Criminal Files, Texas Youth Commissioner
(T.Y.C.) Giddings State Reformatory School For Boys. Agent
Scott A. Rago is a Witness For Congress against
Judge Robert L. Pitman and Fifth Circuit of Appeals
New Orleans. 18-50044 Lowell DeQUINCY GREEN V.
William Stephens Tex. Dept. of Corrections (Filed on
Sept. 15, 2015. U.S. Dist. Clerk, United States
District Courthouse For the Southern District of
Texas Houston Division David J. Bradley + Clerk of
Court. 28 USC § 2254 Original Petition Approved by,
Honorable United States District Judge Erwing
Werlein, Jr under Oath-of-Office. Art. XVI
of the United States Constitution. Art. III
District Judge entered State of Texas V.
Lowell QUINCY GREEN. In The 5th District
Court of McLennan County Texas April 18, 2012.
The Grand Jury of the County of

(4) LOWELL QUINCY GREEN        AGGRAVATED ROBBERY (F1)
DOB: 5/13/1965              Code: 29.03. Texas Penal Code
CID# 62147                 Booking: 9199136805

Page 3.

Page 3 of 23

March 24, 2012 (WACO TX 1551206) Filed On March 27, 2012. Detective Kristina Woodruff. Bond $450,000. Magistrate Martin. Complainant: Skinny's Convenience Store, Robinson, Texas, McLennan County. Tex. Penal Code 1.07 (a) (35) Corporation. Representative Jessica Espinoza (Sole) witness of a Black Male and a Knife. Take (1) 40 oz Bottle of Bud Ice Beer, and $80.00 United States Currency. Arrest Feb 05,12

5) Waco Police Department Record. Misdemeanor Theft of Property 7.50.00 < 500, 31.03 (E)(2) PC.

6. 
_____Cause NO. 2012-791-C2_____

TRUE BILL OF INDICTMENT

7. IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS: The Grand Jury of McLennan County, State of Texas, duly organized at the April Term, A.D., 2012, of the 54th Judicial District Court of said County, upon their Oaths do present that LOWELL QUINCY GREEN, hereinafter called Defendant, on or about the 5th day of February, A.D. 2012 in said County and State did then and there while in the

Page 3. See other ⊕ side.

Course of committing theft of property.

8. called Estoppel. The State of Texas (omitted) the entire "Corpus Delicti" from the face of the McLennan County Grand Jury True Bill of Indictment Cause no. 2012-74cz April 18, 2012 (omitted) unlawfully appropriated (1) 40 oz Bottle of Bud Ice Beer and Value of the Beer,

9. (Omitted) United States Legal Currency Value $80.00 intentionally [and] knowingly with intent to deprive the owner Skinny's Convience Store of the property. Tex. Penal Code Ann. § 31.03. Theft, Tex. Penal Code § 29.01. Theft. Tex. Penal Code Ann. §1.07(41)(38) Corporation. (omitted)

10. (Omitted) Obtain [and] maintain control of the property. Penal Code 29.02(1) Robbery; necessary essential element of Aggravated Robbery. Penal Code 29.03 Exparte Snebon. 601 S.w.2d

Page 4.

Page 5 of 25

358, 359 (Tex. Crim. App. 1980) The indictment was void and the trial court (never) had jurisdiction. Tex. Penal Code §§ 29.02, 29.03. Ex-parte County. 577 S.w.2d 200 (Tex. Crim. App. 1979). Where indictment does not allege a violation of Texas law the indictment was void and the trial court never had jurisdiction to entertain the accused's plea under article 21.01 n.11 and arts. 21.11 and 21.03. Tex. Code Crim. Proc. art. ~~2102~~

(11.) Plea Bargain Contract. Cause no. 2012-79L2 54th Dist. Court of McLennan County, Texas Sept. 16, 2012 (omitted) intentionally [and] knowingly used [and] exhibited a deadly weapon, to -wit: a knife, a caused (Serious Bodily Injury) to complainant Jessica Espinoza, February 15 2012

(12) ~~12 2012~~ (Omitted) without the

Page 11. see other side,

Consent of the Owner. Tex. Penal Code §29.03(a)(2) Aggravated Robbery. Tex. Penal Code §31.03(a)(B)(1), theft is the fraudulent taking of Corporeal personal property belonging to another or Corporation. Tex. Penal Code Ann. §1.07(a)(35): Tex. Penal Code Ann. §1.07(a)(39) Special Owner, without the consent of the owner, with the intent to deprive the owner of the (value) and appropriate the (property) to the benefit of the taker. Wharton Crim. Law (11th Ed.) Vol. 2, p. 1311. Sec. 1094. it is said that the definition of larceny which omits "without the consent of the owner is now universally conceded to be defective" (Emphasis added) and the State failed to "PROVE" that Skinnys Convenience store, Robinson, Texas, McLennan County, United States of America was robbed on February

Page 6.

Page 7 of 25

05, 2012, Cause no. 2012-7912 Offense report(s)
Jessica Espino, D. Adams, Susan Lee, Chad Traywick, Skinny's
(Employee's) Tex. Code Crim. Proc. Ann. art. 13.08 Venue, Robin-
son Police Department ( attached), not WACO,
Police Department (Kristina Woodruff)(Manuel Chavez)
(Jason Davis)(Gary Hiatt)(John Finch)(Craig Stone)
(Randell Blanchard)(Jamie Marek)(Erin Newton)
(Rhonda Spradlin)(A. O'Neal)(M. Alston)
(Sgt. Gary Vaughn) WACO TX 551200
Case # 9199368005, March 27, 2012, Filed

(13) April 18, 2012, Cause no. 2012-7912 (omitted)
the "prior" Aggravated Robbery's Dallas
County, Texas Oct. 1980 LOWELL DEQUINCY GREEN

(14.) www. Legal Directory. Com. Dallas County Offices,
Sheriff's Office supplied information to
the FBI NCN EZ02131200000274702, WR-82
981-04 (2012-7912) Dr. Baker Mental Health, Dr.
Marks (Incompetency)(Dr. Coker) Insanity, April
18, 2012 McLennan County (Cumulation) by
Stipulation: Tex. Code of Crim. Proc. Ann. art.
42, 12, 89 PSR Sept. 16, 2013 Judge Matt

Page 7. See other side.

Johnson. State of Texas. Abel Reyna. Branden Luce. Public Defender Lawrence E. Johnson. 801 Washington Ave #400 Waco, Texas 76701. Cause no. 2012-791-C2. Finding On Deadly weapon: N/A (Acquittal) at that point. Under United States v. Martin Linen Co.; 430 U.S. 564, 569 (1977); Serfas v. United States, 420 U.S. 377, 388 (1975); McCarthy v. Zerbst, 85 F. 2d 640, 642 (CA 10 1936); and Article 1.15 V.A.C.C.P. this statute embraced guilty plea's (judgment of acquittal) since

(15)    : Thus it is incumbent upon the State of Texas v. LOWELL QUINCY GREEN Cause No. 2012-791-C2, Sept. 16, 2013" to intro- duce evidence into the record showing the guilt of the defendant". When State failed to discharged its burden to prove allegations in the indictment the trial court had no alternative   , but to acquit LOWELL   QUINCY GREEN TEX. R. APP. P. 43.2(C). 51.2(d). Alvarez v. State,

Page 8.

Page 9 of 25

566 S.W. 2d 612 (Tex. Crim. App. 1978) the Knife insufficient evidence, was not shown to be deadly weapon. (Aggravated Assault), as applied to Cause no. 2012-7912-2, The Conviction of Aggravated Robbery. 29.03. Deadly Weapon Finding: N/A. Judge Matt Johnson September 16, 2013, violated the Prohibition against double jeopardy of the Fifth Amendment made applicable to the State's through the Fourteenth Amendment. Greene v. Massey, 437 U.S. 19, 24 25 (1978): Burks v. United States, 437 U.S. 1, 16-18 (1978)" ~~the Court at ~~ (865 S. W. 2d at 34) ... Since we hold today that the Double Jeopardy Clause precludes a second ~~the prosecution~~ trial once the reviewing court has found the evidence legally insufficient, the only 'just' remedy available for that court is the direction of a judgment of acquittal" Judge Matt Johnson, Cause No. 2012-709-2, September 16, 2013,

Page 9, See other side,

Page 10 of 25

Finding On Enhancements Paragraph: "N/A". Punishment: 25 years. Violated Eighth Amendment to the United States Constitution prohibition (cruel) and (unusual punishment), unauthorized by law.

(19) ~~12:00~~ Judge Matt Johnson became a law-breaker to obtain an illegal conviction for McLennan County (WR-82, 481-04) cause no. 2012-7942, Jan. 06, 2015. Judge Matt Johnson, Abel Reyna, Brandon Luce, Sterling Harmon, Post-Conviction Relief,

(20) Public Defender's Lawrence E. Johnson, Ms. Henderson, Defense Expert D. Youngblood, Parole officers Lee Wilson Cause no. 2012-7942 (VOR) they committed Treason under Art. XVI, of the Texas Constitution §1. Art. VI of the United States Constitution. It is well settled that the right to the effective assistance of counsel applies to certain steps before trial. The "Sixth Amendment guarantees a defendant the right to have counsel present at all 'critical' stages of the criminal

Page 10.

proceedings. Criminal Law. § 46.4- right to counsel
preliminary hearing requires the appointment
of counsel for indigent defendants. Coleman
v. Alabama, 399 u.s. 1, 7-10( plurality opinion) (right
to counsel attaches at preliminary hearing be-
cause hearing is "critical stage" of criminal
process); Westbrook v. Thaler, 585 F.3d 245, 253 (5th
Cir. 2009) ("The Sixth Amendment guarantees the
accused at least after the initiation of
formal charges, the right to rely on counsel
as a "medium" between him and the state")

21. May 01, 2012, The State of Texas v. Lowell Quincy Green
Cause no. 2012-791-22 "WAIVER OF ARRAINGMENT."
Public Defender Lawrence E. Johnson. Treason. Var-
gas v. State, 518 S.w. 2d 926 (Tex. Crim. App. 1975)
at 827. (Jeopardy does not attach until a defen-
dant plea to the inditment) May 01, 2012,

22. ~~The~~ The Parole Board may not revoke
1980 Aggravated Robbery Lowell DEQUINCY
GREEN (3753 Bernal Dr. Dallas (TX 75212)

Page 11. See other side,

(TX 0570000) SID-TX03036024 Without Due Pro-
cess of law. Morrissey v. Brewer, 408 U.S. 471 (1972),
Article 37.07.83(a). V.A.C.C.P. as to evidence as to the
prior Criminal record of the defendant, his
general reputation and Character. As discussed
above, a Defendant is to be tried only,
on the Crimes alleged in the indictment
and not for being a Criminal generally.
Wilkerson v. State, 736 S.W. 2d 656 659 (1987),

(23) Fed. Rules Crim. Proc. Rule 32(C)(B). 18USCA,
Cause No. 2012-791-C2 April 18, 2012 (Void) it
does not charge "NOTHING" (WR-82,981-04)
Court Crim. App. April 1, 2015. Cause No.
2012-791-C2, Treason. 18USCA 1965 (RICO);

"FACTS" Sept. 07, 2012 Pro(Se) MOTION TO TERMINATE Lawrence
E. Johnson he violated Barker v. Wingo, 407
U.S. 514, 530 (1972) The Speedy Trial Guarantee
Under the 5ith Amendment to the United States
Constitution (WR-82,981-04) 2012-791-C2
Jan. 06, 2015. Judge Matt Johnson, Sept. 12, 2012
Denied Motion Without a Hearing. Treason,

Benitez v. U.S. 521 F.3d 625, 630, 636 (10th Cir.
2008)(Court failure to inquire into defendant's
dissatisfaction with Counsel constituted denial,
structural error): Chapman: 386 U.S. at 23 and n.8
(denial of right to impartial judge not
subject to harmless error review):

(24) Green v. Stephens (WR-82.981-04)(2012-79/-ZZ
(S.D.Tex. Houston Sept. 15. 2015) Richard v. Thaler,
710 F.3d 573(5th Cir.2013). The pleadings of pro se
inmates, including petitions for state post
conviction relief, are deemed filed at
the time they are delivered to prison
authorities (Jan. 06, 2015) Coffield Unit
Warden Patrick Cooper. WR-82.981-04. Rule
that the trial court should conduct a sanity
hearing whenever the evidence raises a
bona fide doubt as to an accused's
competence to stand trial was applied
retroactively, entitling an inmate to habeas
corpus relief under Tex. Code Crim. Proc.
Ann. art. 11.07. Ex parte Halford, 536 S.W.2d
Page 13. See other side,

230, 1976. Tex. Crim. App. LEXIS 944 (Tex. Crim. App. 1976, no writ). ~~2015, 2015~~

(25) ~~(2015)~~ Green v. Stephens (S.D. Tx. Houston) Honorable Erwing Werlein, Jr (WR-82,981-04) Cause no. 2012-791-22 with all EXHIBITS. he violated Art. VI Oath to be honest. Schlanv. Heard, 691 F. 2d 786 (5th Cir. 1982). In Texas, a Fatally defective indictment does not confer (juris-diction on the trial Court) Collater Estoppel, the Fifth Circuit (Never) had (Subject Matter-Jurisdiction) in New Orleans, Lousiana (over)(Cause no. 2012-791-22)(18-50044) (WR-82,981-04)(Robert L. Pitman)USDC NO. 6:16-cv-290 (W.D. Tex. Waco)(violated Art. VI Oath ~~(20.16 cep. 18-GR~~ violated Art. VI Oath

(26) Xenth Court of Appeal)Jan. 11, 2017 Cause no. 2012-791-22 (OPINION) Chief Justice Tom Gray "We Resolved This Case For Mr. Green, Regarding the Deadly Weapon IS Not An Element of His Offense. Concurring Justice Pat D. Davis, Justice Al Scoggins. Mandate

Page 14.

26) I issued May 08, 2017 (Acquitted) insufficient evidence. Tenth Court of Appeals 501 Washington Ave Rm. 415 Waco, Texas 76701. Public Information shared with (Texas Dept. of Criminal) Justice Institutional Division (illegal) restraint 4/16/2012

27) Green v. United States of America (agents) breach-of-Oath(s) they reneged

on the Thirteenth Amendment as written by the United States Congress after the Civil-War applying to Blacks American(s),

28) The Thirteenth Amendment prohibits the illegal restraint of a Negro Citizen (1865) AMENDMENT XIII. all judges-Federal and State book the solemnly Oath under Art. VI public "Trust" but they "lied". USDC NO. 4: 18-CV-2435 (S.D. Tex. Houston) the basest Origin is always the highest fall in "Politics" on the bench Ewing Werlein. Jr. (2012-791-22) WR-82,981-06 (Sept. 15, 2012) and.

Page 15. See Other Side.

( July 2018)(Judge Gray H. Miller) violated the United States Constitution and "Sealed" their lips 🌀

(29) Mandate. 4:18-CV-2435 (5th Cir) Donna L Mendez(Pro se clerk) Shelley E. Saltzman, and Thomas Plurkott July 23, 2018. they still have not filled any pleadings. Sunde v. Nolan. 380 F.3d 279,288-89 (th Cir. 2004)(Court clerk not absolutely immune for refusing to file pleadings absent judicial direction). Carlson v. Green. 441 U.S. 14, 18-19 (1980) the United States Supreme said: When a person acting under color of federal authority deprives a prisoner of Con- stitutional rights, the prisoner may seek redress directly under the Constitution. Carlson v. Green. (prisoner may seek redress remedies for violations of Constitu- tional rights in the absence of affirmative Congressional action. (5:23-CV-00106-JKP) and (Same)(5:22-CV-01345-JKP)

" NO WHERE DID CONGRESS Mention (that a prisoner has to Pay $400.00 when the Judge violate the Constitution"

Page 16.

that mean this Court is committing "treason".
Moreover, Congress do not Count illegal strike's
bad judge's "also unclean hands". Furthermore,
Cause no. 2012-791-22, failed to allege the
"arrest" element. Oct. 1980 Lowell Delquincy Green,
Aggravated Robbery, (291st Dist. Court) Dallas County,
Texas, based on FBI Dallas, Texas, Commissioner
John Wiley Price Dallas County, Texas, John Creuzot
Dallas County Criminal District Attorney (214) 653-3600
Call him for your "impeachment". because
(2012-791-22) April 18, 2012 Lawrence
E. Johnson was appointed. Bond $450,000,
but "no" arrest element on the
"Face" of the inditment, we do not
know where to begin in 1980. 42 USC §
9613(g)(2). The entry of declaratory judgment
as to liability is mandatory. The fact that
future cost's are somewhat speculative
is no bar to present declaration of liability.
Kelly v. E.I. DuPont de Nemour and Co., 17 F.3d 836,
844 (10th Cir. 1994) [Internal citations and quotations

Page 17. See other side

marks omitted ); see United States v. USX Corp. 68 F.3d 811, 819 n.17 (3rd Cir. 1995) ("Essentially § 9613 g (2) mandates Collateral Estoppel effect to a liability determination") New York v. Almy Bros., Inc. 866 F.Supp. 668, 681 (N.D.Y 1994) declaring defendants "liable for the State's future response costs") Art. III.82 of the United States Constitution "Cases" or "Controversies". Under Texas laws, no act or omission is a crime unless made so by statute. Dawson v. Vance, 329 F.Supp. 1320 (D.C. Tex. 1971)

(30) My Corporation owe Federal Goverment Court $2,176.00 Fees for "frivolous" claims. Impossible when, the United States is a Corporation. Title 28. U.S.C. 3002 (15) (A) and Texas is a Corporation Article XI.81 of the Texas Constitution. "NO" Crime was Committed Feb. 05, 2012. Skinny's is a Corporation. Tex. Penal Code Ann § 1.07 (a)(35), their has to be a "valid" Contract between Mclennan County, City of waco Police Dept., and City of Robinson Police Dept., and a "Corpus delecti" (body of the Crime), and the suspect who committed that "misdemeanor"

Page 19.

because cause no. 2012-79122. April 18, 2012, do not allege the "corpus delecti" and we know the Prosecution cannot be the "injured" victim;

(31) the informant who collected $ 1,000.00. Crime-Stopper. Affidavit (6:16-cv-290) Kimberly Bitterman white-Female DOB 09/09/1982 Social Security Number 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. Address: ~~Nineteen~~ ~~Fifteen~~ ~~15~~ 1315 N. 15th ~~District~~ Street (Mission) Waco, MY Brother's Keeper, She Cannot be the "injury" party (6:16-cv-290) Robert L. Pitman, said Kimberly Bitterman is Lowell Quincy Green, wife. 2408 Ethel Ave Apt. A Waco, Texas 76707 (Feb. 05, 2012) and he is 100% correct. 2012-79122

32) "$ 15 MILLION" VERIFICATION: ~~FALSE IMPRISONMENT~~

33) I, Lowell Quincy Green was common-law marriage to Kimberly Brooke Bitterman. March 20, 2010. ~~and~~ ~~on~~ Know cal 294cc

34) Feb. 05, 2012. I robbed Skinny's with a "Butcher ~~Knife~~ ~~on~~ ~~on~~ March 19, 2012, I robbed Anastasia Courier with a "BB Handgun) 2012-79D-22 April 11, 2012, deadly weapon, to-wit: a Firearm or BB Handgun (WR-82,981-037 Void 25 years( 6:15-cv-366- Robert L. Pitman,

Page 19. See other side

"unclean" @ hands. (16-51090) 42 USC 86:16-CV-414-RP
Bad Judge on the bench) 17-50690. BB Handgun,
Kimberly Betterman "Possessed" March 26, 2012 Det. Manuel Chavez

35. March 24, 2012. I robbed Skinnyis. Chad Kraswick
Warren Drive and 43rd street with My
BB Handgun. April 11, 2012 Aggravated Robbery
with a deadly weapon, to wit: a firearm a
BB Handgun (6:15cv-2857 WR-82,901-02 (Life Sentence),

impossible "Robert L. Pittman" 6:16-cv-424
Document 18. Clerks records. 17-50165
the "impeached" his own self. 19-50549
(ALL) Case's he signed Con-
flict of interest with Lowell Quincy Green
No. 1:19-CV-485X (W.D. et. Austin Mays 2019) Lee Yeakel
treason. 28 USC § 1746. Executed 2/5/2023

36. Lowell B. Oneal # 518622 "Sovereign Citizen"
Oct. 1980 All indictment(s) McLennan County
State of Texas. "Null" and "VOID" (Commercial
Law) Contract(s) Commercial Code Texas Business
(same as the UCC) Sec. 3.408,

Page 21 of 88

unconscionability of contract. Lawrence E. Johnson, State Bar Number 10763800 he is 6 feet under the "ground" laying on his back with his "ten-toe's" up "DEAD", his "punishment". ALL JUDGMENTS of Convictions bind him with Me for Life, Tex. Code of Crim. Proc. Ann. art. 42.01.81, Judgment and Sentence (binding) on his (Estate) belong to my Corporation, by (equity) my injury $7.25 Million Dollars. Tower v. Glover (Conspiracy) all (cases) 467 U.S. 914, 916 (1984) Granted (17-50164) the 5th Cir) 6:17-cv-92 (dismissed for failure to pay filling fee's) (Oct. 19, 2017) Filed May 2017) ignorance 6:16-cv-424 (Feb. 13. 2017) 17-50165 (frivolous) the court is "Confused" with "unclean" hand Robert L Pitman he is moving too fast and leaving a trial of (Bad Behavior) for his retirement and $7.25 Million he owe my Corporation.

Page 21. See other side

Page 22 of

FINAL JUDGMENT. The Due Process Clauses guarantee litigants an impartial judge, reflecting the principle that "no man is permitted to try cases where he has an interest in the outcome." Lee Yeakel, 6:17-CV-235 Robert L. Pitman (10/2017) Document 7, and 1:19-CV-485 19-50549. In re Murchison, 349 U.S. 133, 136 (1955) Where the judge has a direct, personal, substantial, or pecuniary Interest, due process is violated. 6:17-CV-235 (Alan D. Albright) $7.25 Million. Bracy v. Gramley, 520 U.S. 899, 905 (1997) (Authority) FINAL !

Prayer:

B) Plaintiff Demand his Money Now! There is no discussion. If this Court judge Jason Pulliam, Xavier Rodriguez, Fred Biery, Orlando L. Garcia and Clark Cortheus. OBSTRUCTING CONGRESS You will be removed for TREASON. Lowell Green. Nuff Said (2/5/2023

Page 22